# EXHIBIT 1



**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

11/2/2017

Sharyl Stein
**Wilton Brands LLC**
535 E. Diehl Rd
Suite 300
Naperville, IL 60563 USA

**NOTICE OF CONFIDENTIALITY**

This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: Wilton Brands LLC**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.

### SERVICE INFORMATION

Service Date: 11/2/2017
Service Time: 03:22 PM CDT
Service Method: Deputy Sheriff

### RASi REFERENCE INFORMATION

Service No.: 0073214
RASi Office: Illinois
Rec. Int. Id.: STC

### CASE INFORMATION

Case Number: 2017CV001628
File Date: 09/19/2017
Jurisdiction: WISCONSIN CIRCUIT COURT OF WAUKESHA COUNTY
Case Title: CREATE-A-PACK FOODS, INC. VS. WILTON BRANDS, LLC

### ANSWER / APPEARANCE INFORMATION

20 days

*(Be sure to review the document(s) for any required response dates)*

### AGENCY / PLAINTIFF INFORMATION

Firm/Issuing Agent: CRAME, MULTHAUF & HAMMES, LLP
Attorney/Contact: MATTHEW M. FERNHOLZ
Location: Wisconsin
Telephone No.: 262-542-4278

### DOCUMENT(S) RECEIVED & ATTACHED

Complaint
Summons
Exhibits included

### ADDITIONAL NOTES

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process per your default account instructions. RASi offers several methods of notification including Telephone Notification, Email Notification, Online Insta-SOP Delivery, and FedEx/US Postal Service Delivery. If you would like to update your account's default notification methods or view Service of Process information, log into your online account at www.rasi.com.

*Thank you for your continued business!*

STATE OF WISCONSIN     CIRCUIT COURT     WAUKESHA COUNTY

CREATE-A-PACK FOODS, INC.,

    Plaintiff,

v.

WILTON BRANDS LLC,

    Defendant.

Case No.:
Case Code: 30301
Classification: Money Judgment

## SUMMONS

THE STATE OF WISCONSIN to each person named above as a Defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is attached, states the nature and basis of the legal action.

Within twenty (20) days of receiving this Summons, you must respond with a written answer, as that term is used in Wis. Stat. Ch. 802, to the Complaint. The Court may reject or disregard an answer that does not follow the requirements of the Statutes. The answer must be sent or delivered to the Court, whose address is 515 West Moreland Boulevard, Waukesha, Wisconsin 53188 and to the Plaintiff's attorneys, Cramer, Multhauf & Hammes, LLP, whose address is 1601 East Racine Avenue, P.O. Box 558, Waukesha, Wisconsin 53187. You may have an attorney help or represent you.

If you do not provide a proper answer within twenty (20) days, the Court may grant judgment against you for the award of money or other legal action requested in the Complaint, and you may lose your right to object to anything that is or may be incorrect in the

Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 19th day of September, 2017.

<div style="text-align: right;">
CRAMER, MULTHAUF & HAMMES, LLP,
Attorneys for Plaintiff,

BY: <u>*Electronically signed by Matthew M. Fernholz*</u>
MATTHEW M. FERNHOLZ
(State Bar No. 1065765)
PETER J. PLAUSHINES
(State Bar No. 1004302)
</div>

CRAMER, MULTHAUF & HAMMES, LLP
1601 East Racine Avenue • Suite 200
P.O. Box 558
Waukesha, WI 53187
(262)-542-4278
mmf@cmhlaw.com

2

| STATE OF WISCONSIN | CIRCUIT COURT | WAUKESHA COUNTY |
|---|---|---|

CREATE-A-PACK FOODS, INC.,

    Plaintiff,

v.

WILTON BRANDS LLC,

    Defendant.

Case No.:
Case Code: 30301
Classification: Money Judgment

## COMPLAINT

NOW COMES the above-named Plaintiff, CREATE-A-PACK FOODS, INC., by its attorneys, Cramer, Multhauf & Hammes, LLP, complains and alleges against the above-named Defendant as follows:

### NATURE OF THIS ACTION

This is a claim for breach of contract, or alternatively quantum meruit, unjust enrichment, and account stated.

### PARTIES

1.     Create-A-Pack Foods, Inc. is a Wisconsin corporation with its principal place of business located at 1880 Executive Drive, Oconomowoc, Wisconsin 53066 and its registered agent located at W1344 Industrial Drive, Ixonia, Wisconsin 53036-9486.

2.     Wilton Brands LLC is an Illinois limited liability company with its principal place of business located at 535 East Diehl Road, Suite 300, Naperville, Illinois 60563 and its registered agent located at 2240 West 75th Street, Woodridge, Illinois 60517.

## JURISDICTION AND VENUE

3. Jurisdiction is appropriate in Wisconsin under Wis. Stat. § 801.05(4) – (5), as the Defendant made promises to pay the Plaintiff for packaged food items ordered by the Plaintiff and held at Plaintiff's principal place of business in Wisconsin.

4. Venue is appropriate in Waukesha County, Wisconsin as it is the county of Plaintiff's principal place of business, and the location where the majority of product at issue in this case has been received and stored.

## BACKGROUND FACTS

5. The Plaintiff specializes in the manufacturing and packaging of both liquid and dry food products.

6. The Defendant sells a variety of kitchen products including baking, cake decorating, and candy and cookie making supplies and packaged food items.

7. Beginning in approximately July 2011, Defendant began placing orders with the Plaintiff for packaged food items.

8. Defendant has continued placing product orders with Plaintiff through September 5, 2017.

9. Defendant routinely paid its invoices through 2016.

10. With the full knowledge of the Defendant and for Defendant's benefit, the Plaintiff routinely purchased materials and packaging to support customer product demand forecast, product pricing, and delivery expectations.

11. In approximately March 2017, Defendant informed Plaintiff that a significant amount of products previously ordered from the Plaintiff, including but not limited to edible baking decorations and decorating sugars, would be produced in China instead of

Plaintiff's facility. As a result, much of the materials and packaging held by the Plaintiff were rendered obsolete.

12. On July 17, 2017, the obsolete materials were invoiced to Defendant.

13. Defendant continued to order product from Plaintiff through September 5, 2017.

14. As of September 8, 2017, Defendant has total outstanding invoices of $338,649.56. (See attached **Exhibit A**).

15. Plaintiff is presently holding a substantial amount of inventory ordered for Defendant and which Defendant refuses to claim.

16. Plaintiff is incurring significant daily storage costs to maintain product ordered by Defendant.

## CLAIM FOR RELIEF: BREACH OF CONTRACT

17. By ordering material and product from Plaintiff, Defendant entered into a binding contract to pay for the product and material.

18. Plaintiff has fulfilled its obligations under the purchase orders.

19. Despite repeated demands for payment, the Defendant has failed to make payment for the products and materials ordered.

20. Defendant has breached its agreement with the Plaintiff to pay for products and material ordered.

21. The Plaintiff has suffered damages as a result.

## ALTERNATIVE CLAIMS FOR RELIEF

## ALTERNATIVE CLAIM NO. 1: QUANTUM MERUIT

22. The Plaintiff in good faith rendered and provided services to the Defendant, and the Plaintiff is entitled to the reasonable value of those services and the

remaining balance due and owing on the unpaid invoices totaling $338,649.56 as of September 8, 2017.

## ALTERNATIVE CLAIM NO. 2: UNJUST ENRICHMENT

23. The Plaintiff conferred a benefit upon the Defendant with the Defendant's knowledge and appreciation of the benefit, and exception and retention thereof by the Defendant, under circumstances in which it would be inequitable for the Defendant to retain the services without paying the reasonable value thereof plus interest.

## ALTERNATIVE CLAIM NO. 3: ACCOUNT STATED

24. The Defendant, by placing orders for product and material with the Plaintiff, agreed to pay the Plaintiff for goods and services rendered.

25. At no time did the Defendant object to any invoice provided by the Plaintiff.

26. The Defendant has made partial payment of the amount owed to the Plaintiff.

27. The total balance owed as of September 8, 2017, is $338,649.56.

## RELIEF REQUESTED

The Plaintiff, Create-A-Pack Foods, Inc. demands Judgment against the Defendant, Wilton Brands LLC, as follows:

1. Judgment for breach of contract against Wilton Brands LLC or alternatively judgment for unjust enrichment, quantum meruit, or account stated.

2. Costs and disbursements, including attorney's fees incurred in pursuing this action against Wilton Brands LLC.

3. Any other sum as may be owed pursuant to the agreement between the parties.

4. Judgment for such other and further relief as the Court may deem just and equitable.

**THE PLAINTIFF DOES NOT REQUEST A JURY**

Dated at Waukesha, Wisconsin, this 19th day of September, 2017.

                                        CRAMER, MULTHAUF & HAMMES, LLP,
                                        Attorneys for Plaintiff,

                                        BY: *Electronically signed by Matthew M. Fernholz*
                                        MATTHEW M. FERNHOLZ
                                        (State Bar No. 1065765)
                                        PETER J. PLAUSHINES
                                        (State Bar No. 1004302)

CRAMER, MULTHAUF & HAMMES, LLP
1601 East Racine Avenue • Suite 200
P.O. Box 558
Waukesha, WI 53187
(262)-542-4278
mmf@cmhlaw.com



**CREATE A PACK FOODS**
W1344 Industrial Dr
Ixonia, WI 53036
Phone: (262) 567-6069
Fax: (262) 567-6099
www.create-a-pack.com

## INVOICE

| 47810-1 | 5/5/2017 |

**BILL TO: 254**

WILTON BRANDS LLC
535 DIEHL ROAD SUITE 300
NAPERVILLE IL 60563 UNITED STATES OF AMERICA

**SHIP TO:**

TRASH

**TERMS:** NET 20  **DUE DATE:** 5/25/2017

| Item # and Description | Units Per CS | Quantity | Price | Extension |
|---|---|---|---|---|
| PO Number | Ship Date | Pack Slip # | BOL # | Ship Via | Lot | Lot Quantity |
| 44-12201-4018-V2 - POUCH-WILTON CND GUM PASTE 1LB | 0 | 9,766.00 | 0.1900 EACH | 1,855.54 |
| trash-gum paste pouch | 5/5/2017 | 6778-1 | 6151-1 | SPARTACUS LOGISTICS | 16176 | 9,766.00 |

All Prices Are Shown in US Dollar

*Thank You*

| Subtotal: | 1,855.54 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 1,855.54 |

EXHIBIT A



**CREATE A PACK FOODS**
W1344 Industrial Dr
Ixonia, WI 53036
Phone: (262) 567-6069
Fax: (262) 567-6099
www.create-a-pack.com

# CREDIT MEMO

| 47952-1 | 5/22/2017 |

**BILL TO:** 254

**SHIP TO:**

WILTON BRANDS LLC
535 DIEHL ROAD SUITE 300
NAPERVILLE IL 60563 UNITED STATES OF AMERICA

**TERMS:** NET 20   **DUE DATE:** 6/11/2017

| Item # and Description | Units Per CS | Quantity | Price | Extension |
|---|---|---|---|---|
| PO Number / Ship Date / Pack Slip # / BOL # | Ship Via | Lot | Lot Quantity | |
| - Administrative Process Fee C-999 | 0 | 1.00 | -250.0000 | -250.00 |
| | | | 0.00 | |
| - order #27465-000, item 710-4125 | 0 | 1.00 | 0.0000 | 0.00 |
| | | | 0.00 | |
| - Non Compliance Rework C-997 | 0 | 1.00 | -161.0000 | -161.00 |
| | | | 0.00 | |

All Prices Are Shown in US Dollar

*Thank You*

| Subtotal: | -411.00 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | -411.00 |



W1344 Industrial Dr
Ixonia, WI 53036
Phone: (262) 567-6069
Fax: (262) 567-6099
www.create-a-pack.com

# INVOICE

| 48278-1 | 6/22/2017 |

**BILL TO: 254**

WILTON BRANDS LLC
535 DIEHL ROAD SUITE 300
NAPERVILLE IL  60563 UNITED STATES OF AMERICA

**SHIP TO:**

ROMEOVILLE 2 (ROM2)
1010 W Taylor Rd
Romeoville IL  60446 UNITED STATES OF AMERICA

**TERMS:** NET 20          **DUE DATE:** 7/12/2017

| Item # and Description | | | | Units Per CS | Quantity | Price | Extension |
|---|---|---|---|---|---|---|---|
| PO Number | Ship Date | Pack Slip # | BOL # | Ship Via | Lot | Lot Quantity | |
| 710-9839 - WILTON CHOC JIMMIES TUB 10.5OZ | | | | 6 | 6,780.00 | 1.5800 EACH | 10,712.40 |
| 569441 | 6/22/2017 | 7184-1 | 6524-1 | SPARTACUS LOGISTICS | 17171 C | 2,952.00 | |
| | | | | | 17172 C | 3,456.00 | |
| | | | | | 17173 C | 372.00 | |
| 202001 - PALLET - GENERAL USE | | | | 1 | 12.00 | 10.0000 EACH | 120.00 |
| 569441 | 6/22/2017 | 7184-1 | 6524-1 | SPARTACUS LOGISTICS | 17101 | 12.00 | |

All Prices Are Shown in US Dollar

*Thank You*

| Subtotal: | 10,832.40 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 10,832.40 |

Create-A-Pack Foods, Inc 2017
W1344 Industrial Drive
Ixonia, WI 53036

# Invoice

| Date | Invoice # |
|---|---|
| 7/17/2017 | 16002 |

**Bill To**
Wilton Brands, LLC
535 Diehl Road
Suite 300
Naperville, IL 60563

**Ship To**
Wilton Brands, LLC
535 Diehl Road
Suite 300
Naperville, IL 60563

| P.O. Number | Terms | Rep | Via | F.O.B. | Project |
|---|---|---|---|---|---|
| | Due on receipt | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | W-VRMD | Wilton - Value of Raw Materials Disposal | 157,736.23 | 157,736.23 |
| 1 | Misc | $10.00 Per Item Handled - TBD | 0.00 | 0.00 |
| 1 | Misc | $1,300.00 Per Compactor Used - TBD | 0.00 | 0.00 |
| 1 | Misc | $35.00/hr Warehouse Labor - TBD | 0.00 | 0.00 |
| 1 | Misc | $10.00 Per Item for Certificate of Destruction - TBD | 0.00 | 0.00 |

**Total** $157,736.23

# Invoice

Create-A-Pack Foods, Inc 2017

W1344 Industrial Drive
Ixonia, WI 53036

| Date | Invoice # |
|---|---|
| 7/17/2017 | 16003 |

**Bill To**
Wilton Brands, LLC
535 Diehl Road
Suite 300
Naperville, IL 60563

**Ship To**
Wilton Brands, LLC
535 Diehl Road
Suite 300
Naperville, IL 60563

| P.O. Number | Terms | Rep | Via | F.O.B. | Project |
|---|---|---|---|---|---|
| | Due on receipt | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | W-VPMD | Wilton - Value of Packaging Materials Disposal | 142,444.17 | 142,444.17 |
| 1 | Misc | $10.00 Per Item Handled - TBD | 0.00 | 0.00 |
| 1 | Misc | $1,300 Per Compactor Used - TBD | 0.00 | 0.00 |
| 1 | Misc | $35.00/Hr. Warehouse Labor Charge - TBD | 0.00 | 0.00 |
| 1 | Misc | $10.00 Per Item Certification of Destruction - TBD | 0.00 | 0.00 |

**Total** $142,444.17



**CREATE A PACK FOODS**
W1344 Industrial Dr
Ixonia, WI 53036
Phone: (262) 567-6069
Fax: (262) 567-6099
www.create-a-pack.com

## INVOICE

| 48716-1 | 8/11/2017 |

**BILL TO: 254**
WILTON BRANDS LLC
535 DIEHL ROAD SUITE 300
NAPERVILLE IL 60563 UNITED STATES OF AMERICA

**SHIP TO:**
ROMEOVILLE (ROM1)
1125 TAYLOR RD
ROMEOVILLE IL 60446.0 UNITED STATES OF AMERICA

**TERMS:** NET 20   **DUE DATE:** 8/31/2017

| Item # and Description | | | | Units Per CS | Quantity | Price | Extension |
|---|---|---|---|---|---|---|---|
| PO Number | Ship Date | Pack Slip # | BOL # | Ship Via | Lot | Lot Quantity | |
| 707-2599 - WILTON GUM PASTE POUCH 10OZ 3PK | | | | 12 | 8,880.00 | 1.9700 EACH | 17,493.60 |
| 00576544 | 8/11/2017 | 7602-1 | 6899-1 | SPARTACUS LOGISTICS | 17221 | 4,392.00 | |
| | | | | | 17222 | 4,488.00 | |
| 202001 - PALLET - GENERAL USE | | | | 1 | 10.00 | 10.0000 EACH | 100.00 |
| 00576544 | 8/11/2017 | 7602-1 | 6899-1 | SPARTACUS LOGISTICS | 17101 | 10.00 | |

All Prices Are Shown in US Dollar

*Thank You*

| Subtotal: | 17,593.60 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **17,593.60** |



W1344 Industrial Dr
Ixonia, WI 53036
Phone: (262) 567-6069
Fax: (262) 567-6099
www.create-a-pack.com

| INVOICE | |
|---|---|
| 48968-1 | 8/30/2017 |

**BILL TO: 254**

WILTON BRANDS LLC
535 DIEHL ROAD SUITE 300
NAPERVILLE IL 60563 UNITED STATES OF AMERICA

**SHIP TO:**

ROMEOVILLE 2 (ROM2)
1010 W Taylor Rd
Romeoville IL 60446 UNITED STATES OF AMERICA

**TERMS: NET 20**   **DUE DATE: 9/19/2017**

| Item # and Description | | | | Units Per CS | Quantity | Price | Extension |
|---|---|---|---|---|---|---|---|
| PO Number | Ship Date | Pack Slip # | BOL # | Ship Via | Lot | Lot Quantity | |
| 1911-511 - WILTON CANDY DIPS COCOA 10OZ CUP | | | | 4 | 20,036.00 | 0.2200 EACH | 4,407.92 |
| 1063919 | 8/30/2017 | 7773-1 | 7063-1 | SPARTACUS LOGISTICS | 17230 C | 2,944.00 | |
| | | | | | 17233 C | 3,124.00 | |
| | | | | | 17234 C | 3,980.00 | |
| | | | | | 17235 C | 4,464.00 | |
| | | | | | 17236 C | 4,416.00 | |
| | | | | | 17237 C | 1,108.00 | |
| 202001 - PALLET - GENERAL USE | | | | 1 | 19.00 | 10.0000 EACH | 190.00 |
| 1063919 | 8/30/2017 | 7773-1 | 7063-1 | SPARTACUS LOGISTICS | 17227 | 19.00 | |

All Prices Are Shown in US Dollar

*Thank You*

| | |
|---|---|
| Subtotal: | 4,597.92 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| Total: | 4,597.92 |



**CREATE A PACK FOODS**
W1344 Industrial Dr
Ixonia, WI 53036
Phone: (262) 567-6069
Fax: (262) 567-6099
www.create-a-pack.com

## INVOICE

| 48969-1 | 9/5/2017 |

**BILL TO: 254**
WILTON BRANDS LLC
535 DIEHL ROAD SUITE 300
NAPERVILLE IL 60563 UNITED STATES OF AMERICA

**SHIP TO:**
ROMEOVILLE 2 (ROM2)
1010 W Taylor Rd
Romeoville IL 60446 UNITED STATES OF AMERICA

**TERMS:** NET 20    **DUE DATE:** 9/25/2017

| Item # and Description | | | | Units Per CS | Quantity | Price | Extension |
|---|---|---|---|---|---|---|---|
| PO Number | Ship Date | Pack Slip # | BOL # | Ship Via | Lot | Lot Quantity | |
| 1911-2222 - CANDY MELTS EZ THIN | | | | 4 | 12,964.00 | 0.3000 EACH | 3,889.20 |
| 1063767 | 9/5/2017 | 7842-1 | 7125-1 | SPARTACUS LOGISTICS | 17237 C | 808.00 | |
| | | | | | 17240 C | 2,580.00 | |
| | | | | | 17241 C | 2,784.00 | |
| | | | | | 17242 C | 2,304.00 | |
| | | | | | 17243 C | 4,488.00 | |
| 202001 - PALLET - GENERAL USE | | | | 1 | 13.00 | 10.0000 EACH | 130.00 |
| 1063767 | 9/5/2017 | 7842-1 | 7125-1 | SPARTACUS LOGISTICS | 17227 | 13.00 | |

All Prices Are Shown in US Dollar

*Thank You*

| Subtotal: | 4,019.20 |
| Tax: | 0.00 |
| Freight: | 0.00 |
| **Total:** | **4,019.20** |