# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CREATE-A-PACK FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> WILTON BRANDS LLC, <br><br> Defendant. | Case No. 17-CV-1626-JPS <br><br><br> **ORDER** |

On May 2, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs. (Docket #23). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #23) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 3rd day of May, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge